UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MATTHEW THIEM, ) <br> ) <br> DEFENDANT. ) <br> ) | Case No.  CR 18-00470 BLF <br><br> **[PROPOSED] AMENDED PRELIMINARY ORDER OF FORFEITURE** |

Having considered the amended application for a preliminary order of forfeiture filed by the United States, and the guilty plea entered on June 29, 2021 wherein the defendant Matthew Thiem agreed to forfeiture, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States pursuant to Title 21, United States Code, Section 853:

- Approximately $20,080.00 that was seized on or about July 27, 2018; and
- Approximately $200,000.00 that was deposited into the registry of the Court by Mary Lu Canales-Viramontes on or about April 13, 2020.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish for at least thirty days on the government website www.forfeiture.gov a notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court and serve a copy on government counsel within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

IT IS FURTHER ORDERED that, the government may conduct discovery, in order to identify, locate, or dispose of property subject to forfeiture, in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure;

IT IS FURTHER ORDERED that the Court will retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this __17th__ day of March 2022.

*[signature: Beth Labson Freeman]*

HON. BETH LABSON FREEMAN
United States District Judge